[No. 57208-3-I.   Division One.   March 12, 2007.]

JASON FOSHEE, *Respondent*, v. JENNIFER SWIFT ET AL., *Defendants*, MARK JENNINGS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-38211-6, Laura C. Inveen, J., entered November 8, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57232-6-I.   Division One.   March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DEROND LEE POTTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10780-8, Douglass A. North, J., entered October 31, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57287-3-I.   Division One.   March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY R. SCHONIANS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07398-1, Ronald Kessler, J., entered October 3, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57356-0-I.   Division One.   March 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. D.H., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-02929-5, Philip G. Hubbard, Jr., J., entered November 9, 2005. *Affirmed* by unpublished per curiam opinion.